## TAX COMMISSION et v
## SURFACE COMBUSTION CORP

Ohio Appeals, 6th Dist, Lucas Co

Decided Feb 10, 1936

John W. Bricker, Attorney General, Columbus, William J. Ford, Columbus, and J. Paul Alexander, Toledo, for plaintiffs in error.

Williams, Eversman & Morgan, Toledo, for defendant in error.

For full opinion see 6 OO 244; 52 Oh Ap 120.